UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1655 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA A. CRUMLEY,<br><br>Defendant,<br><br>CITY-COUNTY FEDERAL CREDIT UNION,<br><br>Garnishee. | ) | STIPULATED FINAL ORDER IN GARNISHMENT |

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED

1. The garnishee shall immediately pay the sum of $800.00 to the United States; and

2. The remaining $645.50 of garnished funds is released to the defendant.

Dated: 3/29/02

Franklin L. Noel

Magistrate-Judge Franklin L. Noel

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1655 JRT/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA A. CRUMLEY,<br><br>Defendant,<br><br>CITY-COUNTY FEDERAL CREDIT UNION,<br><br>Garnishee. | STIPULATION FOR FINAL ORDER IN GARNISHMENT |

The parties, hereby stipulate and agree as follows:

1. The garnishee City-County Federal Credit Union holds $1,445.50 pursuant to a Writ of Garnishment issued by the Court on March 15, 2002.

2. The United States agrees to release $645.50 of the garnished funds to defendant Patricia Crumley on the following terms:

a. Patricia Crumley immediately deliver a cashier's check or money order for $400.00 to the United States Attorney's Office for payment of overdue monthly payments;

b. Patricia Crumley pay by April 25, 2002, the sum of $645.50 to the United States Attorney;

c. Patricia Crumley stay current on her monthly payment plan of $200.00, commencing May 15, 2002; and

d. Patricia Crumley agree to complete and return the attached

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

financial disclosure form by April 25, 2002.

3. The amount of the monthly payment will be reviewed semi-annually and is subject to increase.

4. Patricia Crumley agrees that an Order for Garnishment of the remaining $800.00 held by the garnishee may issue, without further notice or hearing.

Dated: March 28, 2002

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 3/28/02

Patricia A. Crumley

PATRICIA A. CRUMLEY
Defendant