U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: USA | COURT CASE NUMBER: 00-1655 JRT/FLN |
| DEFENDANT: Patricia A. Crumley | TYPE OF PROCESS: Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: City-County Federal Credit Union

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 302 Sixth Street South, Minneapolis, MN 55415

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
300 S. 4th St., Ste 600
Minneapolis, MN 55415

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case

Check for service on U.S.A.

RECEIVED
04 JUN -9 AM 11:42
CLERK US DIST. COURT MINNEAPOLIS

US MARSHALS SERVICE MINNEAPOLIS
APR 22 2004
RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Serve garnishee 1st! Serve by 5/22/04

Fold

Signature of Attorney or other Originator requesting service on behalf of: Stacey Skulevich

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 612-664-5778

DATE: 4/21/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | Nancy Schmitt | 4/22/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Elizabeth Sorensen - Member Service Rep

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: Above

Date of Service: 4-26-04

Time: 1100 am pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

SCANNED
JUN 10 2004
U.S. DISTRICT COURT MPLS

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: USA | COURT CASE NUMBER: 00-1655 JRT/FLN |
| DEFENDANT: Patricia A. Crumley | TYPE OF PROCESS: Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Patricia A. Crumley

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 3530 Russell Avenue North, Minneapolis, MN 55412

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
300 S. 4th St, Ste 600
Minneapolis, MN 55415

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

CLERK, US DIST. CT. MINNEAPOLIS, MN 04 JUN -9 PM 1:08 RECEIVED

US MARSHALS SERVICE MPLS, MN APR 22 AM 11:17 RECEIVED

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Serve debtor last!

Serve by 5/30/04

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Stacy E Kulenich | ☒ PLAINTIFF ☐ DEFENDANT | 612-664-5778 | 4-21-04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | Nancy Schmidt | 4/22/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | |
|---|---|
| Kay Morris (Receptionist) | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

| Address *(complete only if different than shown above)* | Date of Service | Time am/pm |
|---|---|---|
| 247-3rd Av S. Mpls, Mn 612-338-3558 | 6-8-04 | 1400 pm |
| | Signature of U.S. Marshal or Deputy: Dennis [illegible] | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
4-26-04 @ 1220 - no one home - notice of serve left - DSmith
5-19-04 @ 1420 No one home - notice of serve left/message left @ 612-521-9139 DSmith
6-1-02 - " " " " " " " M. Com[illegible]

Served reception at her place of work
→ Accepts mail for her —

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1655 JRT/FLN

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICIA A. CRUMLEY,

Defendant,

and

CITY-COUNTY FEDERAL CREDIT UNION,

Garnishee.

WRIT OF GARNISHMENT

TO: City-County Federal Credit Union, 302 Sixth Street South, Minneapolis, MN 55415

An application for a Writ of Garnishment against property of the above-named defendant, Patricia A. Crumley, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on October 2, 2000, for Student Loan defaults. As of April 1, 2004, the balance on this judgment debt was $81,629.17 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from April 1, 2004, at the rate of 6.241% per annum.

You, City-County Federal Credit Union, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, Patricia A. Crumley, has a substantial non-exempt interest. It is

States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: 4/12/04

Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: APR 12 2004

Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1655 JRT/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA A. CRUMLEY,<br><br>Defendant,<br><br>CITY-COUNTY FEDERAL CREDIT UNION,<br><br>Garnishee. | CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT |

You are hereby notified that your bank accounts are being garnished by the United States of America, which obtained a judgment on October 2, 2000 in the sum of $69,074.85, plus interest and costs as a result of Student Loan defaults. As of April 1, 2004, a balance of $81,629.17 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Patricia A. Crumley, can show that the exemptions apply. Enclosed is a summary of the major exemptions which apply in most situations in the State of Minnesota.

If you are Patricia A. Crumley, you have a right to ask the court to return your property to you if you think the property

the Government is taking qualifies under one of the enclosed exemptions or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal