00-CV-1655 JRT/FLN

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Joanne Zurcher
Garnishee

SUBSCRIBED and SWORN to before me this
14th day of June, 2004.

Catherine L. Murphy
NOTARY PUBLIC

CATHERINE L. MURPHY
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
U.S. DISTRICT COURT MPLS