UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1655 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA A,. CRUMLEY,<br><br>Defendant,<br><br>CITY-COUNTY FEDERAL CREDIT UNION,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Patricia Crumley, defendant at 3530 Russell Avenue North, Minneapolis, MN 55412
City-County Federal Credit Union, garnishee at 302 Sixth Street South, Minneapolis, MN 55415

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about

April 26, 2004.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about June 16, 2004. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $28.92 in savings and $387.87 in checking.

On or about June 8, 2004, the defendant was personally served with notice of her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the

Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on April 26, 2004, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: July 21, 2004

S/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge