CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Civil No. 00-1655 JRT/FLN
)
PATRICIA A. CRUMLEY, )
)
Defendant. )

I hereby certify that on October 29, 2004, I served, or caused to be served, the following documents:

**Application for Debtor's Examination, Attachment A and OBD 500 Financial Questionnaire**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Patricia A. Crumley
3530 Russell Avenue, North
Minneapolis, MN 55412

I further certify that I served, or caused to be served, the following document:

**Order for Judgment Debtor Exam signed by the Court**

to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Patricia A. Crumley
3530 Russell Avenue, North
Minneapolis, MN 55412

s/ Becky L. Janikowski