A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: 00cv1655JRT/FLN

Patricia A. Crumley

0541-0120-0567-F

US ... SERVICE JAN 13 1 31 PM '05

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Patricia A. Crumley
3530 Russell Avenue North
Minneapolis, MN 55412

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: Magistrate Judge J. Earl CuddUnited States District Court, District of Minnesota .

January 13, 2005 at Minneapolis, MN

s/Denise La Fond

(By) Denise La Fond, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ________________________ Date of Arrest: ______________________

________________________ ________________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 4-5-05
RETURNED UNEXECUTED Per Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
APR 12 2005
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04